396 A.2d 842

Reddick, et ux. v. Puntureri, Appellant, et al.

Argued October 26, 1978. William C. Robinson, for appellant; No appearance entered nor brief submitted for appellee, Lewis; Lee C. McCandless, for appellees, Reddick, et ux.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Case remanded for disposition of preliminary motions.